IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THE CITY OF KANSAS CITY, MISSOURI,<br><br>    Plaintiff,<br><br>  v.<br><br>HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION,<br><br>and<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | Case No.: 05-0368-CV-W-GAF |

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

The Court having reviewed and heard oral arguments on Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction and for Appointment of Receiver, hereby issues this Order:

    1.    Restraining HEDFC, its agents and servants, and all persons in active concert or participation with or acting for, with, by, through, or under it, from conveying, transferring, leasing, selling, or assigning any and all real property owned, possessed, purchased or otherwise acquired by HEDFC;

    2.    Restraining HEDFC, its agents and servants, and all persons in active concert or participation with or acting for, with, by, through, or under it, from expending, consuming, transferring, or assigning any assets in HEDFC's possession, custody, or control, including, but not limited to, any assets acquired from loans payments to HEDFC and any program income derived from such loans or from servicing such loans;

3. Restraining HEDFC, its agents and servants, and all persons in active concert or participation with or acting for, with, by, through, or under it, from expending, consuming, transferring, or assigning any funds in HEDFC's possession, custody, or control;

4. Restraining HEDFC, its agents and servants, and all persons in active concert or participation with or acting for, with, by, through, or under it, from destroying, deleting, altering relocating, or otherwise transferring any documents, records, files, contracts, accounts, data or other property of any kind or nature whatsoever within the possession, custody, or control of HEDFC, wherever situated.

ENTERED: ___4/21/05_____     _____/s/ Gary A. Fenner_____
                              UNITED STATES DISTRICT COURT JUDGE