IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-00368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC DEVELOPMENT ) | |
| FINANCIAL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ALLOWING CLAIM OF REBECCA BERRY (DOCUMENT NO. 140)

COME NOW Rebecca Berry, Claimant, David E. Bahner, Receiver of Housing and Economic Development Financial Corporation, the Receiver, and The City of Kansas City, Missouri, Plaintiff, and stipulate and agree that Claimant's claim against the Receivership will be allowed in the amount of $552.53 for wages for the period April 18 through April 22, 2005, less applicable withholding taxes and employment taxes; $255.21 less all applicable withholding taxes and employment taxes for 2005 accrued unused vacation time, and, in addition, the Receiver will make a contribution to the HEDFC 401(k) Plan in the amount of $16.15 less any applicable withholding taxes or employment taxes, with the remaining portion of Claimant's claim to be denied; and,

The Court being fully advised in the premises,

IT IS THEREFORE ORDERED that the claim of Rebecca Berry (Document No. 140) against the Receivership is hereby allowed in the amount of $552.53 for wages for the period April 18 through April 22, 2005, less applicable withholding taxes and employment taxes; $255.21 less all applicable withholding taxes and employment taxes for 2005 accrued unused vacation time. In addition, a contribution will be made to the HEDFC 401(k) Plan in the amount of $16.15 less applicable withholding taxes or employment taxes in the name of Claimant. The Receiver is hereby authorized and ordered to immediately pay Claimant's allowed claims.

IT IS FURTHER ORDERED that all other claims of Claimant are hereby denied.

SO ORDERED.

s/ Gary A. Fenner
United States District Judge

DATED: March 23, 2006