# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| THE CITY OF KANSAS CITY, MISSOURI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-00368-CV-W-GAF |
| | ) |
| HOUSING & ECONOMIC DEVELOPMENT | ) |
| FINANCIAL CORPORATION, | ) |
| | ) |
| and | ) |
| | ) |
| U.S. DEPARTMENT OF HOUSING AND | ) |
| URBAN DEVELOPMENT, | ) |
| | ) |
| Defendants. | ) |

## ORDER APPROVING RECEIVER'S EIGHTH RECOMMENDATION REGARDING VARIOUS REAL PROPERTIES

Now pending before the Court is the Receiver's Eighth Recommendation Regarding Various Real Properties. The Court having considered said recommendation, it is

ORDERED as follows:

1.  As recommended by the Receiver, the Court authorizes the Receiver to consent to a request from Old Northeast, Inc. to permit the demolition of three apartment buildings located at 910-920 Chestnut, Kansas City, Missouri. The Court approves this recommendation with the understanding that Old Northeast, Inc. has agreed that any sale proceeds from the sale of the lots located at 910-920 Chestnut, Kansas City, Missouri will be applied to improvements on the apartment building located at 1222 Benton, Kansas City, Missouri. The Court also understands that the loan payments made by Old Northeast on the property located at 1222 Benton, Kansas City, Missouri will be increased from $50 per month to $860 per month.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: March 23, 2006

2