IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-00368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On March 5, 2007, a supplemental evidentiary hearing was held on the claim of Doretta G. Stanley [Doc. #179]. At the hearing, the parties reached a voluntary final agreement with respect to the disposition of the claim of Ms. Stanley. On March 19, 2007, United States Magistrate Judge John T. Maughmer issued his Supplemental Report and Recommendation.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that the settlement reached between the parties in regard to Doretta Stanley's claim [Doc. #179) is approved.

IT IS FURTHER ORDERED that HEDFC and the City of Kansas City, Missouri, pay to Doretta Stanley the sum of $18,500.00, in accordance with the settlement reached between the parties.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 2, 2007