IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOUSING & ECONOMIC )<br>DEVELOPMENT FINANCIAL )<br>CORPORATION, et al., )<br>)<br>Defendants. ) | Case No. 05-0368-CV-W-GAF |

## ORDER

Now pending before the Court is the claim of the law firm of McDowell Rice Smith & Buchanan filed October 21, 2005 (Doc. #161). On February 9, 2007 and March 23, 2007, United States Magistrate Judge John T. Maughmer conducted evidentiary hearings on the claim. On March 29, 2007, Judge Maughmer issued his Report and Recommendation.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that the claim of McDowell Rice Smith & Buchanan (Doc. #161) for attorney's fees and expenses for work done on behalf of HEDFC to and including May 16, 2005 is granted.

IT IS FURTHER ORDERED that the total amount due McDowell Rice Smith & Buchanan will be determined by the Court upon McDowell Rice Smith & Buchanan submitting to the Court and HEDFC a revised Exhibit 101 itemizing attorney's fees and expenses for work done on behalf of HEDFC to and including May 16, 2005.

SO ORDERED.

                                                     s/ Gary A. Fenner
                                                   GARY A. FENNER, JUDGE
                                                   UNITED STATES DISTRICT COURT

DATED:   April 17, 2007