# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC ) | |
| DEVELOPMENT FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now pending before the Court is the claim of William H. Griffin, as Trustee of the Bankruptcy Estate of Linda Jackson (Doc. #106). On March 9, 2007, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on the claim. On March 30, 2007, Judge Maughmer issued his Report and Recommendation.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that the claim of William H. Griffin, as Trustee of the Bankruptcy Estate of Linda Jackson (Doc. #106) is granted in the amount of $17,314.68, less applicable taxes and other withholdings.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 17, 2007