**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **CITY OF KANSAS CITY, MISSOURI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| **HOUSING & ECONOMIC** | ) | |
| **DEVELOPMENT FINANCIAL** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## **ORDER**

Now pending before the Court is the claim of Kenneth Bacchus filed on October 27, 2005 (Doc. #176). On February 21, 2007, United States Magistrate Judge John T. Maughmer conducted a hearing on the claim. On April 7, 3007, Judge Maughmer issued his Report and Recommendation.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Kenneth Bacchus' claim is granted as follows:

1. Unpaid wages in the amount of $17,456.16;

2. Unpaid vacation in the amount of $3,630.85;

3. Automobile Allowance in the amount of $500.00;

4. 401(k) Contribution in the amount of $431.74;

5. Additional Contribution in the amount of $1,347.85; for a total amount of $23,366.60, less applicable taxes and withholdings.

                                                                                                       s/ Gary A. Fenner  
                                                                                                       GARY A. FENNER, JUDGE  
                                                                                                        UNITED STATES DISTRICT COURT

DATED: May 7, 2007