IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC ) | |
| DEVELOPMENT FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now pending before the Court is the claim of Kathy Picone (Doc. # 167). Wilson Mechanical, Inc. was joined as a party on April 2, 2007. On April 24, 2007, United States Magistrate Judge John T. Maughmer conducted a hearing on Ms. Picone's claim. On July 5, 2007, United States Magistrate Judge Maughmer issued his Report and Recommendation.

Upon independent review of the record and applicable law, it is

ORDERED that the Receiver is authorized to alternatively disburse funds or credit Loan No. R3652 pursuant to the parties' agreement, as set forth in the Report and Recommendation, in an amount up to, but not exceeding $7,220.12.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 24, 2007