IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-00368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court is the claim of B & C Party Shoppe and Anthony Ragusa filed October 28, 2005 (Doc. #195). On May 30, 2007, United States Magistrate Judge John T. Maughmer conducted a hearing on the claim.

After making an independent review of the record and applicable law, it is

ORDERED that the claim of B & C Party Shoppe and Anthony Ragusa (Doc. #195) is denied.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 24, 2007