IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOUSING & ECONOMIC )<br>DEVELOPMENT FINANCIAL )<br>CORPORATION, et al., )<br>)<br>Defendants. ) | Case No. 05-0368-CV-W-GAF |

## ORDER

Now pending before the Court is the Claim of Old Northeast, Inc., filed on October 31, 2005 (Doc. #199). On September 5, 2007, United States Magistrate Judge John T. Maughmer conducted a hearing on the claim at which time Claimant Old Northeast, Inc. moved to withdraw with prejudice its claim. The City of Kansas City, Missouri and the Receiver for the Housing & Economic Development Financial Corporation had no objection to the motion. On September 6, 2007, Judge Maughmer issued his Report and Recommendation.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that the Motion of Claimant Old Northeast, Inc. to withdraw with prejudice the claim it filed on October 31, 2005 (Doc. #199) is granted.

IT IS SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 25, 2007