IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-00368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC ) | |
| DEVELOPMENT FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court are the claims of Old Northeast, Inc. (Doc. #200) and SCS of Kansas City, Inc. (Doc. #196), as well as the claims of Union Bank filed on November 1, 2005 (Doc. #s. 186-191). On April 20, 2007, United States Magistrate Judge John T. Maughmer conducted a hearing on these claims, and on January 10, 2008, Judge Maughmer issued his Report and Recommendation. On January 18, 2008, the Receiver filed Objections to the Report and Recommendation. On February 4, 2008, a telephone conference was held with counsel for the Receiver and counsel for claimants, Old Northeast, Inc. and SCS of Kansas City, Inc.

Upon careful and independent review of the pending claims, the Receiver's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

WHEREFORE, IT IS ORDERED as follows:

1. The claims of Old Northeast, Inc. and SCS of Kansas City, Inc., filed on November 1, 2005, are granted, in the total amount of $126,117.20.

2. The HEDFC, through its Receiver, is directed to make one single payment of the claims in the total amount of $126,117.20 to Old Northeast, Inc. and SCS of Kansas City, Inc., in accordance with this Order.

3. The claims of Union Bank filed on November 1, 2005, are declared moot.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: February 4, 2008