# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC ) | |
| DEVELOPMENT FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now pending before the Court is the Claim of Metro Towers, Inc., filed on October 25, 2005 (Doc. # 165). On October 31, 2007, United States Magistrate Judge John T. Maughmer conducted a hearing on the claim. On March 19, 2008, Judge Maughmer issued his Report and Recommendation.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that the claim of Metro Towers, Inc., filed on October 25, 2005 (Doc. #165) is granted.

IT IS FURTHER ORDERED that the Promissory Note executed by Metro Towers, Inc., on July 15, 1996, in the amount of $250,000.00 be forgiven by HEDFC and converted into a grant.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 2, 2008