# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 05-0368-CV-W-GAF ) |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Now pending before the Court is the claim of Ms. Gracie Anderson filed on October 28, 2005 (Doc. #178). On September 25, 2007, and November 6, 2007, United States Magistrate Judge John T. Maughmer conducted hearings on the claim. On June 4, 2008, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. #1594).

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that the claim of Ms. Gracie Anderson filed on October 28, 2005 (Doc. #178) is denied.

SO ORDERED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: June 19, 2008