# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC ) | |
| DEVELOPMENT FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is the claim of Gracie Neal filed on October 14, 2005 (Doc. # 159). On March 19 and April 25, 2007, United States Magistrate Judge John T. Maughmer conducted a hearing on the claim. On August 1, 2008, Judge Maughmer issued his Report and Recommendation.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer. Accordingly, it is hereby

ORDERED that the claim of Ms. Gracie Neal filed on October 14, 2005 (Doc. #159) is granted. Ms. Neal is awarded the amount of $1,150.00.

SO ORDERED.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: August 25, 2008