IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court is the claim of Charlene McCorkle filed on October 19, 2005 (Doc. #158). United States Magistrate Judge John T. Maughmer conducted a hearing on April 6, 2007, and issued his Report and Recommendation on September 23, 2008.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer. Accordingly, it is hereby

ORDERED that the claim of Charlene McCorkle filed on October 19, 2005 (Doc. #158) is denied.

IT IS SO ORDERED.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 10, 2008