IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court is the City of Kansas City, Missouri's claim filed on July 31, 2008 (Doc. #1659). On October 8, 2008, United States Magistrate Judge John T. Maughmer conducted a hearing on the claim. No witnesses were called, however, the parties filed a stipulation of facts. Exhibits were also admitted into evidence by agreement and through the stipulation. On November 5, 2008, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that the claim of the City of Kansas City, Missouri in the amount of $13,215.00 (Doc. #1659) is granted.

SO ORDERED.

        s/ Gary A. Fenner
        Gary A. Fenner, Judge
        United States District Court

DATED: November 19, 2008