IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING RECEIVER'S FORTY-EIGHTH RECOMMENDATION REGARDING REAL PROPERTY

Now before the Court is the Receiver's Forty-Eighth Recommendation Regarding Real Property. The Court having considered said Recommendation, it is

ORDERED that the Receiver is authorized to enter into an Amendment substantially in the form of Exhibit A, attached to the Recommendation, to sell the furniture and furnishings currently of no use to HEDFC to Truman Medical Centers for the price of $52,368, and to sell the items listed on Exhibit C of the Recommendation, and the art work for the appraised value and the furniture and furnishings that may later be determined to be of no further use for fifty percent (50%) of the original cost paid by HEDFC, or such other amount as may be negotiated with Truman Medical Centers when these furnishings become surplus.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: March 10, 2009