IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING RECEIVER TO PROVIDE FUNDING TO THE CITY FOR A TARGETED MINOR HOME REPAIR PROGRAM IN BEACON HILL

Now pending before the Court is the Plaintiff's Motion for an Order Authorizing Receiver to Provide Funding to the City for a Targeted Minor Home Repair Program in Beacon Hill. The Court having considered said motion, it is

ORDERED that the Receiver, on behalf of HEDFC, is authorized to fund up to Five Hundred Forty Thousand Dollars ($540,000.00) in the aggregate, in a manner reasonably acceptable to the Receiver, from program income derived from Community Development Block Grant funds for the purpose of funding and administering the "Beacon Hill Homes Association Minor Home Repair Program."

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: March 10, 2009