IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING RECEIVER TO PROVIDE FUNDING FOR ACQUISITION OF CERTAIN PROPERTIES FOR PHASE II TOWNHOMES IN BEACON HILL

Now pending before the Court is Plaintiff's Motion for an Order Authorizing Receiver to Provide Funding for Acquisition of Certain Properties for Phase II Townhomes in Beacon Hill. For good cause shown, it is

ORDERED that the Receiver, on behalf of HEDFC, is authorized to provide funding to the City in either 1) amounts equal to the negotiated purchase prices, if deemed reasonable by the Receiver, for the two parcels of property located at 1209 East 25th Street, Kansas City, Missouri, and 1211 East 25th Street, Kansas City, Missouri, from their private owners, or 2) amounts as awarded by the Circuit Court of Jackson County, Missouri, in proceedings of condemnation of 1209 East 25th Street and 1211 East 25th Street in Kansas City, Jackson County, Missouri, if such condemnation awards are accepted by the City.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: March 26, 2009