IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING RECEIVER'S FORTY-NINTH RECOMMENDATION REGARDING REAL PROPERTY

Now pending before the Court is the Receiver's Forty-Ninth Recommendation Regarding Real Property. The Court having considered said recommendation, it is

ORDERED that the Receiver is authorized to transfer by quit-claim deeds its interests in the three properties located at 4416 Paseo, 4432 Paseo and 4444 Paseo, Kansas City, Missouri, to the current owners of the outstanding first mortgage loans against the Paseo properties, Finance America with respect to 4416 Paseo and HSBC Bank with respect to 4432 Paseo and 4444 Paseo.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 2, 2009