# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **CITY OF KANSAS CITY, MISSOURI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 05-0368-CV-W-GAF** |
| | ) | |
| **HOUSING & ECONOMIC** | ) | |
| **DEVELOPMENT FINANCIAL** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Now pending before the Court is the claim of B & A Architecture, LLC, filed on July 3, 2008 (Doc. #1662). On January 22, 2009, United States Magistrate Judge John T. Maughmer conducted a hearing on the claim, and on March 26, 2009, Judge Maughmer issued his Report and Recommendation.

Upon careful and independent review of the pending claim, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that the claim of B & A Architecture, LLC (Doc. #1662) is granted in part and denied in part. Claimant B & A Architecture, LLC is awarded the amount of $8,900.00.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 13, 2009