# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| THE CITY OF KANSAS CITY, MISSOURI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOUSING & ECONOMIC DEVELOPMENT )<br>FINANCIAL CORPORATION, )<br>)<br>and )<br>)<br>U.S. DEPARTMENT OF HOUSING AND )<br>URBAN DEVELOPMENT, )<br>)<br>Defendants. ) | Case No. 05-00368-CV-W-GAF |

**ORDER**

On September 2, 2008, this Court entered its Order granting the City of Kansas City's ("City") Motion to Extend Time for Filing of Transition Plan and to Reschedule Status Conference (Doc. 1696). The September 2, 2008 Order anticipated that certain events would occur prior to a May 15, 2009 hearing. The Court, based on the monthly Receiver's Report, is aware that the City has submitted several draft transition plans to both the Receiver and to HUD and that the City, HUD and the Receiver have met on numerous occasions making a concerted effort to work through issues which remain with the City's plan. However, the Court has not received written notice that the approvals required by the September 2, 2008 Order have been received by the City.

Therefore, it is **ORDERED** that the May 15, 2009 hearing will be held at 9:00 a.m., in Courtroom 8A of the Charles Evans Whittaker Courthouse and will be a Status Conference where the City, HUD and the Receiver will each present the Court with their respective view of the status of the City's plan. The City is also expected to present a proposed timetable for submission of its plan to the Court for interim approval. This timetable should take into account the need for approvals by HUD, the Receiver and the City Council. Based on the timetable submitted by the City and input from HUD and the Receiver, the Court will establish a future hearing date for submission of the City's final plan.

s/ Gary A. Fenner  
Gary A. Fenner, Judge  
United States District Court

DATED: April 21, 2009