# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC ) | |
| DEVELOPMENT FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING RECEIVER'S FIFTY-FIRST RECOMMENDATION REGARDING REAL PROPERTY

Now before the Court is the Receiver's Fifty-First Recommendation Regarding Real Property. The Court having considered said Recommendation, it is

ORDERED that the Option Agreement dated March 25, 2009, entered into between the Receiver on behalf of the Housing and Economic Development Financial Corporation and Housing Services of Kansas City, Inc. is approved, in order that the property be transferred to the Buyer for the Purchase Price of ($244,900.00), pursuant to a quit claim deed and subject to the appropriate Beacon Hill restrictions.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 28, 2009