# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC ) | |
| DEVELOPMENT FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING RECEIVER'S RECOMMENDATION CONCERNING POST-TRANSACTION DATA PRESERVATION

Now pending before the Court is the Receiver's Recommendation Concerning Post-Transaction Data Preservation. The Court having considered said recommendation, it is

ORDERED that the Receiver is authorized to begin implementation of the Post-Transaction Data Preservation Plan set forth in the May 13, 2009 letter from BKD, to the Receiver.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 9, 2009