IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING RECEIVER'S RECOMMENDATION CONCERNING INTERNAL REVENUE SERVICE AUDIT**

Now pending before the Court is the Receiver's Recommendation Concerning Internal Revenue Service Audit. The Court having considered said recommendation, it is

ORDERED that the Receiver is authorized to proceed with tax audits performed by the Internal Revenue Service for the tax years ending May 31, 2006, 2007 and 2008.

IT IS FURTHER ORDERED that the Receiver is authorized to execute a Form 2848 to name BKD as the Receiver's representative.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 9, 2009