IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER APPROVING RECEIVER'S FIFTY-SECOND RECOMMENDATION REGARDING REAL PROPERTY

Now pending before the Court is the Receiver's Fifty-Second Recommendation Regarding Real Property. The Court having considered said recommendation, it is

ORDERED that the Housing and Economic Development Financial Corporation is authorized to sell the property located at 3900 Manheim Road, Kansas City, Missouri, to Lallie M. Blankenship for the purchase price of $20,000, pursuant to the Real Estate Contract entered into between the parties. The Receiver is authorized to execute and deliver a quit claim deed and such other documents as may be necessary to effect the sale of the property.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 9, 2009