IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC ) | |
| DEVELOPMENT FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING RECEIVER'S REQUEST FOR ORDER

Now pending before the Court is the Receiver's Request for Order in which the Receiver requests an Order concerning his approval of the City's Asset Transfer Plan to be submitted to the Court. The Court having considered said request, it is

ORDERED that the Receiver is authorized to review, analyze, comment on, and approve or object to the City's Asset Transfer Plan.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: June 9, 2009