# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 05-0368-CV-W-GAF<br>) |
| HOUSING & ECONOMIC<br>DEVELOPMENT FINANCIAL<br>CORPORATION, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER APPROVING RECEIVER'S FIFTY-THIRD RECOMMENDATION REGARDING REAL PROPERTY

Now pending before the Court is the Receiver's Fifty-Third Recommendation Regarding Real Property in which the Receiver requests that the Housing & Economic Development Financial Corporation ("HEDFC") be authorized to sell property located at 5707 College, Kansas City, Missouri. The Court having considered said Recommendation, it is

ORDERED that the HEDFC is authorized to sell the property located at 5707 College, Kansas City, Missouri, for the purchase price of $93,000, pursuant to the Real Estate Contract and to further execute and deliver a quit claim deed and such other documents as may be necessary to conclude the sale of the property.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: June 16, 2009