IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-0368-CV-W-GAF |
| | ) |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING RECEIVER'S REQUEST FOR ORDER WITHDRAWING CLAIM

Now pending before the Court is the Receiver's Request for Order Withdrawing Claims of Twelfth Street Heritage Development Corporation ("Twelfth Street") (Doc. Nos. 244, 245 and 246). For good cause shown, it is

ORDERED that the claims of Twelfth Street (Doc. Nos. 244, 245 and 246) are withdrawn, and the Receiver is released by Twelfth Street from any and all claims in accordance with the Settlement Agreement of the parties.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: June 26, 2009