## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-0368-CV-W-GAF |
| | ) |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER DENYING TWELFTH STREET HERITAGE DEVELOPMENT CORPORATION'S MOTION FOR ORDER AUTHORIZING RECEIVER TO PURCHASE CERTAIN REAL PROPERTY TO PREVENT ITS FORECLOSURE

Now pending before the Court is Twelfth Street Heritage Development Corporation's Motion for Order Authorizing Receiver to Purchase Certain Real Property to Prevent Its Foreclosure. The Court having considered said motion, it is

ORDERED that Twelfth Street Heritage Development Corporation's motion is denied for the reasons stated in the Receiver's Response and Plaintiff City of Kansas City, Missouri's suggestions in opposition.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: July 7, 2009