IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **THE CITY OF KANSAS CITY, MISSOURI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 05-00368-CV-W-GAF |
| | ) | |
| **HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION,** | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

ORDER AUTHORIZING THE RECEIVER TO ACCELERATE THE
FORGIVENESS OF CERTAIN SINGLE-FAMILY LOANS PURSUANT
TO THE CITY'S LOAN FORGIVENESS POLICY

Having considered the Plaintiff's Motion for an Order Authorizing the Receiver to Accelerate the Forgiveness of Certain Single-Family Loans pursuant to the City's Loan Forgiveness Policy (Doc. 1937), the Receiver's opposition (Doc. 1939), and having reviewed the City's Asset Transfer and Capacity Building Plan (Doc. 1941-4), it is hereby

**ORDERED**

1. The Receiver is authorized to accelerate the forgiveness of all single-family loans in the HEDFC loan portfolio that do not have a principal or interest payment requirement and that have satisfied the U.S. Department of Housing and Urban Development affordability period and, if applicable, the tax credit forgiveness schedule.

2. The Receiver is directed by the court to seek this Court's approval of the forgiveness of identified loans prior to the actual forgiveness of those loans. The Receiver is authorized to develop, in his discretion, a process for the orderly analysis of the single-family loans and implementation of the loan forgiveness policy for these types of loans consistent with this Order.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: August 25, 2009