**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **THE CITY OF KANSAS CITY, MISSOURI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 05-00368-CV-W-GAF** |
| | ) | |
| **HOUSING & ECONOMIC DEVELOPMENT** | ) | |
| **FINANCIAL CORPORATION,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **U.S. DEPARTMENT OF HOUSING AND** | ) | |
| **URBAN DEVELOPMENT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER TO AUTHORIZE THE RECEIVER TO MODIFY**
**SUMMIT ASSOCIATE AND WESTSIDE ASSOCIATE LOANS**

Having considered the Receiver's Motion to Authorize the Receiver to Modify Summit Associate and Westside Associate Loans (Doc. No. 1943) and having received no objections, it is hereby

**ORDERED**

1.      The Receiver is authorized to modify the Summit note to provide monthly payments of $329.00 beginning on June 1, 2009 continuing through May 1, 2014 and thereafter monthly payments of $1,080.00 beginning June 1, 2014 until the balance is paid in full, pursuant to the Modification Agreement attached as **Exhibit A** to the Receiver's motion and consistent with a proposed guarantee which is attached as **Exhibit C** to the Receiver's motion.

2.      The Receiver is also authorized to modify the Westside notes to provide monthly payments of $396.00 beginning on June 1, 2009 continuing through May 1, 2014 and thereafter monthly payment of $1,028.00 beginning June 1, 2014 until the balance is paid in full, pursuant

to the Modification Agreement attached as **Exhibit B** to the Receiver's motion and consistent

with a proposed guarantee which is attached as **Exhibit D** to the Receiver's motion.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED:   September 4, 2009