IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THE CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-00368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC DEVELOPMENT ) | |
| FINANCIAL CORPORATION, ) | |
| ) | |
| and ) | |
| ) | |
| U.S. DEPARTMENT OF HOUSING AND ) | |
| URBAN DEVELOPMENT, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING RECEIVER'S 55th
RECOMMENDATION REGARDING REAL PROPERTY**

Having considered the Receiver's 55th Recommendation Regarding Real Property (Doc. No. 1944) and having received no objections to that Recommendation, it is hereby

**ORDERED**

1. The Receiver is authorized to purchase the Missouri Housing Development Commission's First Mortgage on the properties located at 629 through 639 Benton Boulevard and 1805 through 1825 Brownell Avenue (collectively the "Properties") for the amount due on the loan plus accrued interest in other amounts that may be due, less the amount held in escrow by the Missouri Housing Development Commission.

2. The Receiver is further authorized to sell the Properties "as is" pursuant to a request for a proposal process. The Receiver should use his best judgment as to the development and implementation of the request for a proposal process.

3. The Receiver also is authorized to employ a property manager to manage the Properties, should the Receiver determine it to be in the best interest of the Receivership. The

employment of the property management company would continue until such time as the

Receiver is able to dispose of the Properties through sale.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED:   September 4, 2009