# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| THE CITY OF KANSAS CITY, MISSOURI, )<br>                        Plaintiff, )<br>               vs.                     )<br>HOUSING & ECONOMIC DEVELOPMENT )<br>FINANCIAL CORPORATION, )<br>and )<br>U.S. DEPARTMENT OF HOUSING AND )<br>URBAN DEVELOPMENT, )<br>                        Defendants. ) | Case No. 05-00368-CV-W-GAF |

### AMENDED ORDER AUTHORIZING FUNDING OF
### BEACON HILL MINOR HOME REPAIR PROGRAMS

Having considered the Plaintiff City of Kansas City, Missouri's Motion to Modify Order Authorizing Funding of Beacon Hill Minor Home Repair Program by Increasing Funding Limits for Certain Homes (Doc. 1951) and having received no objections, it is hereby

**ORDERED**

1. The Receiver is authorized to approve an increase above the $20,000 per home funding limit for the five homes located at 2533 West Paseo, 2535 West Paseo, 2539 West Paseo, 2622 West Paseo and 2539 Flora if the Receiver determines that such additional expenditure of funds are reasonable and necessary to the stabilization and abatement of lead-based paint.

2. The Receiver is also authorized to approve increased costs for other eligible homes within the program should the Receiver determine that the expenditure of funds is necessary to stabilize and abate lead-based paint.

3. All other rulings made in the Court's March 10, 2009 Order, including the funding limit of $540,000, shall remain in effect.

                                                    s/ Gary A. Fenner
                                                    Gary A. Fenner, Judge
                                                    United States District Court

DATED: September 4, 2009