**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **CITY OF KANSAS CITY, MISSOURI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 05-00368-CV-W-GAF |
| ) | |
| **HOUSING & ECONOMIC DEVELOPMENT** ) | |
| **FINANCIAL CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER APPROVING RECEIVER'S RECOMMENDATION REGARDING INSURANCE COVERAGES (Doc. No. 1959)

The Court, having reviewed the Receiver's Recommendation Regarding Insurance Coverages (Doc. No. 1959) and *Receiver's Exhibit A,* the insurance coverages recommended and requested by the Receiver are hereby approved and it is:

**SO ORDERED THAT:**

1. The Receiver is authorized to obtain and purchase those insurance coverages outlined and described in *Receiver's Exhibit A* to provide for both pre-termination and post-termination insurance protection, in accordance with the time schedule the Receiver deems appropriate and for the period of time the Receiver deems necessary.

2. The Receiver is authorized to prepay insurance premiums in advance of the coverage period, prior to the termination of the Receivership, if, in the exercise of the Receiver's discretion, he believes it would be more beneficial and efficient to do so. If the Receiver is unable to pay insurance premiums in advance, or if he deems it inadvisable to do so, the Court will consider a request from the Receiver to withhold a sum of money from the cash assets held by HEDFC, to be deposited with the Court and utilized to pay insurance premiums as such premiums become due post-receivership.

3. The Receiver is authorized to continue and amend existing insurance coverages described in *Receiver's Exhibit A,* as he deems necessary.

4. There is no just reason for delay, and final judgment is hereby entered on this Order pursuant to Rule 54(b).

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 11, 2009