IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOUSING & ECONOMIC )<br>DEVELOPMENT FINANCIAL )<br>CORPORATION, et al., )<br>)<br>Defendants. ) | Case No. 05-0368-CV-W-GAF |

ORDER APPROVING RECEIVER'S CORRECTED RECOMMENDATION
REGARDING DESTRUCTION OR OTHER DISPOSITION
OF INACTIVE RECORDS

Now pending before the Court is the Receiver's Corrected Recommendation Regarding Destruction or Other Disposition of Inactive Records. For good cause shown, it is

ORDERED that the Receiver is authorized to destroy, or in the alternative, transfer to the City of Kansas City, Missouri, approximately 97 closed single family loan files and documents related thereto contained in approximately 24 boxes, closed administrative files and related documents, including accounting, payroll, personnel, banking, computer and loan administrative files, contained in approximately 167 boxes, and documents, binders, manuals, books, plats, plans and surplus office supplies, including technical manuals and guides, computer software manuals, disks and correspondence, and housing program and construction reference materials, surveys, construction, housing and site plans and drawings, maps and specifications, contained in approximately 51 boxes.

1

IT IS FURTHER ORDERED that the Receiver is authorized to have these files and materials destroyed or if the City requests the files and materials within ten (10) days of the entry of the Court's Order authorizing the destruction, instead transfer the files and materials to the City at the City's cost.

        s/ Gary A. Fenner
        Gary A. Fenner, Judge
        United States District Court

DATED:   September 21, 2009