# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-0368-CV-W-GAF |
| ) | |
| HOUSING & ECONOMIC ) | |
| DEVELOPMENT FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING RECEIVER'S REQUEST FOR ORDER TO COMPEL ACKNOWLEDGMENT OF SATISFACTION OF CLAIM

Now pending before the Court is the Receiver's Request for Order to Compel Acknowledgment of Satisfaction of Claim. For good cause shown, it is

ORDERED that claimant Metro Towers, Inc. is directed to execute and deliver to the Receiver an Acknowledgment of Satisfaction of Order, Satisfaction of Claim and Release, and Stipulation for Dismissal With Prejudice in exchange for a Deed of Release of the Deed of Trust dated July 15, 1996, and filed of record in the office of the Director of Records for Jackson County, Missouri, on January 3, 1997, in Book K2945P commencing at Page 738.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: September 25, 2009