IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING RECEIVER'S RECOMMENDATION AUTHORIZING HIM TO FORGIVE CERTAIN GRANTABLE LOANS

Now before the Court is the Receiver's Recommendation Authorizing Him to Forgive Certain Grantable Loans (Doc. #1963). For good cause shown, it is

ORDERED that the Receiver is authorized to forgive the specific loans identified in Exhibit A, attached to the Receiver's Recommendation. The forgiveness of these loans is subject to debtor's payment of taxes, insurance or legal fees expended by HEDFC prior to and during the Receivership to protect the interests of HEDFC.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 30, 2009