IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER APPROVING RECEIVER'S FIFTY-SEVENTH RECOMMENDATION
REGARDING REAL PROPERTY FILED WITH THE CONCURRENCE
OF THE PLAINTIFF, THE CITY OF KANSAS CITY, MISSOURI

Now pending before the Court is the Receiver's Fifty-Seventh Recommendation Regarding Real Property Filed With the Concurrence of the Plaintiff, The City of Kansas City, Missouri. The Court having considered said Recommendation, it is

ORDERED that the Receiver is authorized to transfer certain real estate as legally described in Exhibit A of the Recommendation, for a right of way and to grant a temporary construction easement on the real estate as legally described in Exhibit B of the Recommendation, to Plaintiff, the City of Kansas City, Missouri, as part of improvements to Troost Avenue, East 49th Street and Volker Boulevard, at no costs to the City of Kansas City, Missouri.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 22, 2009