# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| THE CITY OF KANSAS CITY, MISSOURI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HOUSING & ECONOMIC DEVELOPMENT ) <br> FINANCIAL CORPORATION, et al., ) <br> ) <br> Defendants. ) | Case No. 05-00368-CV-W-GAF |

## ORDER AND JUDGMENT

On March 12, 2010, David Bahner ("Receiver"), Receiver for the Housing & Economic Development Financial Corporation ("HEDFC") and Lawrence Goldblatt ("Mr. Goldblatt") appeared before the Court for an oral hearing regarding Receiver's Rule 11 Motion for Sanctions Against Mr. Goldblatt. (Doc. #1996). After consideration of the facts presented and preserved on the record at the hearing, and consistent with the Court's findings made on the record, the Court finds that Mr. Goldblatt's relentless pursuit of claims against Receiver and HEDFC that have already been fully litigated and finally disposed of by this Court as well as the Eighth Circuit Court of Appeals is inappropriate, frivolous, and is in violation of Fed. R. Civ. P. 11. Based on the evidence presented, none of Mr. Goldblatt's claims or other legal contentions were warranted by existing law or by a nonfrivolous argument for extension, modification, or reversal of existing law or creation of new law. Rather, Mr. Goldblatt's actions and representations to courts in various jurisdictions resulted in nothing more than harassment, unnecessary delay, and needless expense for Receiver and HEDFC.

For the reasons set forth on the record at oral hearing and those stated above, Receiver's Motion is **GRANTED**. Further, the Court finds monetary sanctions in an amount equal to Receiver's

1

fair and reasonable attorney fees spent defending Mr. Goldblatt's frivolous claims are necessary and will hopefully be sufficient to deter repetition of Mr. Goldblatt's improper conduct. Accordingly, it is

    **ORDERED** that Mr. Goldblatt:

(1) shall dismiss his action currently pending against Receiver and HEDFC in the United States District Court for the District of Kansas, Case No. 09-CV-2548 CHV/JPO, which has already been properly dismissed by that court but is now under reconsideration due to a Motion for Reconsideration filed by Mr. Goldblatt; and

(2) shall forever cease and desist from filing, litigating, prosecuting, or otherwise pursuing any and all actions, claims, or other disputes against Receiver, either in Receiver's official capacity or his individual capacity, and/or HEDFC that arise from or otherwise relate to any claim, disagreement, or dispute that has been previously litigated, addressed, or finally decided by this Court during the claims process instituted for individuals and entities wishing to assert claims against the assets of HEDFC.

    **FURTHER, IT IS ORDERED** that a **JUDGMENT** in the amount of $15,073.40, representing Receiver's fair and reasonable attorney fees for defending Mr. Goldblatt's frivolous claims, is awarded to Receiver, in his official capacity, against Mr. Goldblatt.

**IT IS SO ORDERED.**

                                                                    s/ Gary A. Fenner
                                                                    Gary A. Fenner, Judge
                                                                    United States District Court

DATED: **March 12, 2010**