IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THE CITY OF KANSAS CITY, MISSOURI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-00368-CV-W-GAF |
| | ) |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, | ) |
| | ) |
| and | ) |
| | ) |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) |
| | ) |
| Defendants. | ) |

## ORDER APPROVING THE CITY'S MOTION TO LIQUIDATE CERTAIN SINGLE-FAMILY LOANS

Now before the Court is the City of Kansas City, Missouri's (the "City"), Motion to Liquidate Certain Single-Family Loans (Doc. #2002) and the Receiver's Response (Doc. #2008). For good cause shown, it is

**ORDERED** that the City's Motion to Liquidate Certain Single-Family Loans is **GRANTED** provided that the City first receives permission from HUD to substitute collateral for the Pledged Loans currently serving as collateral for the City's Section 108 loan, so the Pledged Loans can also participate in the City's "first offering" program.

**IT IS FURTHER ORDERED** that single family loans that are currently the subject of bankruptcy proceedings are not to be included in the City's "first offering" program.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 15, 2010

1