**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| THE CITY OF KANSAS CITY, MISSOURI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HOUSING & ECONOMIC DEVELOPMENT ) <br> FINANCIAL CORPORATION, ) <br> ) <br> and ) <br> ) <br> U.S. DEPARTMENT OF HOUSING AND ) <br> URBAN DEVELOPMENT, ) <br> ) <br> Defendants. ) | Case No. 05-00368-CV-W-GAF |

**ORDER APPROVING RECEIVER'S SIXTIETH
RECOMMENDATION REGARDING REAL PROPERTY**

Now before the Court is the Receiver's Sixtieth Recommendation Regarding Real Property (Doc. # 2025). For good cause shown, it is

ORDERED that the Receiver's Sixtieth Recommendation Regarding Real Property is granted. The Receiver is authorized to transfer approximately 13.52 acres of land located at 5500 Bennington Ridge and 5342 E. 55th Terrace, Kansas City, Missouri pursuant to the Real Estate Sales Contract dated March 15, 2010. Consideration for the Real Estate Contract includes a $5,000 deposit, $45,000 paid at closing, and the delivery of a Promissory Note in the amount of $85,000.

/s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 16, 2010