IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THE CITY OF KANSAS CITY, MISSOURI, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 05-00368-CV-W-GAF |
| HOUSING & ECONOMIC DEVELOPMENT ) | |
| FINANCIAL CORPORATION, ) | |
| and ) | |
| U.S. DEPARTMENT OF HOUSING AND ) | |
| URBAN DEVELOPMENT, ) | |
| Defendants. ) | |

**AMENDED ORDER APPROVING RECEIVER'S**
**FIFTY-EIGHTH RECOMMENDATION REGARDING REAL PROPERTY**

Now before the Court is the Receiver's Fifty-Eighth Recommendation Regarding Real Property. For good cause shown, it is

ORDERED that the Receiver, on behalf of HEDFC, is authorized to sell twenty-six (26) separate unimproved lots to the Beacon Park Associates, a Missouri limited liability company (who is the assignee of the option agreement held by the Housing Services of Kansas City, Inc., a nonprofit corporation affiliate of the Housing Authority of Kansas City, Missouri), pursuant to an Option Agreement dated March 24, 2009, for the amount of $244,900.00.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 22, 2010