IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-0368-CV-W-GAF |
| | ) | |
| HOUSING & ECONOMIC DEVELOPMENT FINANCIAL CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED ORDER

Now pending before the Court are portions of claims filed by Old Northeast, Inc. (Doc. #200) and SCS of Kansas City, Inc. (Doc. #196). On May 8, 2013, a hearing was held by United States Magistrate Judge John T. Maughmer with respect to these claims and the distribution of the funds held in escrow. On May 28, 2013, Judge Maughmer issued his Report and Recommendation (Doc. #2387).

Upon careful and independent review of the pending claims and the record herein, it is ORDERED that the Receiver of the Housing and Economic Development Financial Corporation is directed to pay to SCS of Kansas City, Inc. the amount of $24,600.00 which it holds in escrow pursuant to the Court's Order of March 28, 2008.

    s/ Gary A. Fenner
    GARY A. FENNER, JUDGE
    UNITED STATES DISTRICT COURT

DATED: May 29, 2013